**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MELBA GRAY,

                Plaintiff,

vs.                                                         Case No. 3:06-cv-999-J-32HTS

CHILDREN'S CRISIS CENTER, INC., etc.,

                Defendant.

_____

**ORDER**[1]

This case came before the Court today for a hearing on an Order to Show Cause, which the Court issued in response to plaintiff's failure to respond to defendant's motion for summary judgment or to defendant's motion to have its summary judgment motion deemed unopposed based on plaintiff's failure to respond to it. See Orders, Docs. 13, 14. The Court incorporates by reference the entire record of the hearing.

At the hearing, plaintiff's counsel had no real explanation as to why she failed to seek an extension from the Court to respond to summary judgment (which motion has now been pending for over three months without response) or as to why she failed to respond to defendant's motion to have its motion for summary judgment deemed unopposed (which motion has now been pending for over six weeks without response). Plaintiff's counsel did not claim a lack of familiarity with the Local Rules of this Court or with federal practice in general, such as might at least attempt to explain her failure to prosecute this case, which

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

was removed from state court in 2006 and was set to be tried in approximately six weeks. Following the hearing, the Court took the matter under advisement to weigh its options. Now having again considered the matter and reviewed the file, the Court finds that if the rules of this Court are to have any meaning, this case must be dismissed for failure to prosecute.

Accordingly, it is hereby

**ORDERED**:

1. This case is dismissed without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. Rule 41(b) and Local Rule 3.10(a).

2. All pending motions are now terminated, the July 23, 2007 Final Pretrial Conference is cancelled, and the case is removed from the Court's August 6-17, 2007 trial term; the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 19th day of June, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
counsel of record
Audrey M. Moran, Esq. (Mediator)